IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

| | |
|---|---|
| SUITE SIX, LLC | : |
| Plaintiff, | : |
| Vs. | : Civil Action No. 1:24-cv-12155-AK |
| VINEYARD AIRCRAFT HANGERS INC, MARTHA'S VINEYARD AERO CLUB, INC., and MARTHA'S VINEYARD AIRPORT COMMISSION, | : |
| Defendants. | : |

-----------------------------------------------------------x

## PLAINTIFF'S CONSENT MOTION TO AMEND THE COMPLAINT TO ADD PARTY-DEFENDANTS, MARTHA'S VINEYARD AEROCLUB (A GENERAL PARTNERSHIP) AND JAMES GLAVIN, TO THE ACTION

The Plaintiff, Suite Six, LLC ("Suite Six"), hereby moves pursuant to Fed. R. Civ. P. 15(a)(2) for leave to file the Amended Complaint to remove defendant Martha's Vineyard Aero Club, Inc. and to add as defendants Martha's Vineyard Aero Club (General Partnership) and James Glavin. A copy of the proposed Amended Complaint is attached hereto as Exhibit A.

Plaintiff filed its Complaint on August 22, 2024. Dkt. No. 1. On or about October 15, 2024, the Plaintiff learned that Martha's Vineyard Aero Club, Inc., that had previously leased the subject hangar E involved in this incident many years ago, had transferred its leasehold to another entity and had dissolved at some time in the 1990s. On November 8, 2024, Martha's Vineyard Airport Commission filed a Motion to Dismiss and attached to their Motion the leases in effect on the date of the incident for the subject hangars. Dkt No. 10, Ex. B and D. The lease for hangar E indicates that Martha's Vineyard Aero Club (General Partnership) and James Glavin, with a principal place

of business located at P.O. Box 1700, Vineyard Haven, MA 02568, were the entities who leased hangar E at the time of the subject incident. Dkt. No. 10, Ex. B.

Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, a party may amend its pleading if the opposing party consents to the amendment in writing. Fed. R. Civ. P. 15(a)(2). Leave to amend is to be "freely given when justice so requires." *Resolution Trust Corp. v. Gold*, 30 F. 3d 251, 253 (1st Cir. 1994).

Here, Suite Six recently learned that Martha's Vineyard Aero Club (General Partnership) and James Glavin were the tenants of hangar E, and not Martha's Vineyard Aero Club, Inc. which is now defunct. The Amended Complaint adds these two parties (removing the defunct entity) and clarifies the responsibilities of each entity based on their respective leases. The sum and substance of the claims and allegations do not change. Therefore, Suite Six respectfully requests that the Court grant Plaintiff's leave to file the Amended Complaint attached as Exhibit A.

Dated:
    December 28, 2024

Respectfully Submitted,

By: /s/ *Steven E. Arnold*
    Steven E. Arnold
SA Law, P.C.
8 Whittier Place
Boston, MA 02114
Tel: (617) 670-0868
Email: sea@sealaw.us

-and-

Barry S. Alexander (*Pro Hac Vice* forthcoming)
And Patrick C. Murray (*Pro Hac Vice* forthcoming)
Victor Rane
14 Wall Street, 20th Floor
New York, New York 10005
Tel: (646) 585-4320

        Email :balexander@victorrane.com
        Email: pmurray@victorrane.com

*Attorneys for Plaintiff*
*Suite Six, LLC*

### **CERTIFICATION PURSUANT TO RULE 15.1**

      Pursuant to Local Rule 15.1, Counsel for Suite Six hereby certifies that a copy of this motion and the Amended Complaint were served at least 14 days in advance on Martha's Vineyard Aero Club (General partnership) and James Glavin by mailing it to their last known business address listed on the lease as P.O. box 1700, Vineyard Haven, MA 02568.

        /s/ *Steven E. Arnold*
        Steven E. Arnold

### **CERTIFICATION**

      I certify that on December 28, 2024, a copy of the foregoing was electronically filed and served by regular mail, postage prepaid, and/or by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail or email to anyone unable to accept electronic filing as indicated on the Notice of electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ *Steven E. Arnold*
        Steven E. Arnold